IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP SCHULTZ,
    Petitioner,

    v.

MICHEAL WENEROWICZ, et al.,
    Respondents.

CIVIL ACTION
No. 13-177

FILED
MAY - 4 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

AND NOW, this 3rd day of May, 2016, upon careful and independent consideration of the petition for writ of habeas corpus and the parties' briefs and related filings, and after review of United States Magistrate Judge M. Faith Angell's Report and Recommendation and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**.
3. There is no basis for the issuance of a certificate of appealability.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to: