IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP SCHULTZ,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 13-CV-177** |
| : | |
| **MICHAEL WENEROWICZ**, *et al.*, : | |
| Respondents. : | |

**ORDER**

**AND NOW**, this 8th day of October 2021, in consideration of Petitioner Philip Schultz's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 48), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Schultz's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

    s/ANITA B. BRODY, J.
ANITA B. BRODY, J.